# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES G. LIPSCOMB

VERSUS

STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF
TRANSPORTATION & DEVELOPMENT

NO.  2023 CW 1173

**FEBURARY 5, 2024**

---

In Re:   James  G.  Lipscomb,  applying  for  rehearing,  19th
Judicial District Court, Parish of East Baton Rouge,
No. 667307.

---

**BEFORE:   GUIDRY, C.J., WELCH, CHUTZ, LANIER AND WOLFE, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**WRC**
**WIL**
**EW**

**Guidry, C.J. and Welch, J.,** dissent and would grant the
application for rehearing.

COURT OF APPEAL, FIRST CIRCUIT

*a.s.0*

DEPUTY CLERK OF COURT
FOR THE COURT